**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Avalon Mobile Home Park Partnership LLLP** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-3886693** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **Kathryn C. Taylor** |
| **6225 Tara Blvd.**<br>**Jonesboro, GA 30236** | **231 Yam Gandy Road**<br>**Savannah, GA 31411** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clayton** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:  _____

| Debtor | Avalon Mobile Home Park Partnership LLLP | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Avalon Mobile Home Park Partnership LLLP**                    Case number (*if known*) _____
       Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor  **Avalon Mobile Home Park Partnership LLLP**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Avalon Mobile Home Park Partnership LLLP**                              Case number (*if known*) _____
Name

████  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 25, 2023**
               MM / DD / YYYY

**X** **/s/ Kathryn C. Taylor**                              **Kathryn C. Taylor**
Signature of authorized representative of debtor              Printed name

Title   **General Partner**

**18. Signature of attorney**

**X** **/s/ J. Robert Williamson**                  Date **October 25, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**J. Robert Williamson 765214**
Printed name

**Scroggins & Williamson, P.C.**
Firm name

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone   **404-893-3880**      Email address   **rwilliamson@swlawfirm.com**

**765214 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Avalon Mobile Home Park Partnership LLLP**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA

Case number (if known)      _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 25, 2023**          X **/s/ Kathryn C. Taylor**
                                                        Signature of individual signing on behalf of debtor

                                                        **Kathryn C. Taylor**
                                                        Printed name

                                                        **General Partner**
                                                        Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Avalon Mobile Home Park Partnership LLLP** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Michelle Ramirez c/o Delcampo Grayson Lopez LLC 5455 Chamblee Dunwoody Road Atlanta, GA 30338 | Randall D. Grayson  rgrayson@dglattorneys.com 770-481-0444 | Judgment | Contingent Disputed | | | **$25,000,000.00** |
| Edge CCTV Inc. 2470 Windy Hill Road Suite 300 Marietta, GA 30067 | Dana Coursey  admin@edgecctv.com 678-883-0999 | Trade Debt | | | | **$8,043.09** |
| Clayton Co. Water Authority 1600 Battle Creek Road Morrow, GA 30260 | customer_service @ccwa.us 770-960-5200 | Utility Service | | | | **$5,500.00** |
| Georgia Power 96 Annex Atlanta, GA 30396 | bscgpc@southernco.com 888-655-5888 | Utility Service | | | | **$800.00** |
| Comcast 1701 JFK Blvd. Philadelphia, PA 19103 | 800-391-3000 | Utility Service | | | | **$81.55** |
| Straight Talk 9700 NW 112th Ave. Miami, FL 33178 | straighttalk@straighttalkmail.com 877-430-2355 | Utility Service | | | | **$16.79** |

## United States Bankruptcy Court
### Northern District of Georgia

In re    **Avalon Mobile Home Park Partnership LLLP** _____    Case No. _____
                                          Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the General Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 25, 2023** _____    **/s/ Kathryn C. Taylor** _____
                                          **Kathryn C. Taylor**/**General Partner**
                                          Signer/Title

.

Alanis Beauchamp
and Diego Ledezma Garcia
6225 Tara Blvd., Lot A-65
Jonesboro, GA 30236

Alberto Martinez
6225 Tara Blvd., Lot B-32
Jonesboro, GA 30236

Alejandro Ramirez Guzman
and Ashanti Q. Molina
6225 Tara Blvd., Lot B-3
Jonesboro, GA 30236

Alfredo Parra
and Adela Aguina Hernandez
6225 Tara Blvd., Lot B-40
Jonesboro, GA 30236

Ana Sarahi Aviles Ibarra
and Gregorio Ramirez Velazques
6225 Tara Blvd., Lot A-10
Jonesboro, GA 30236

Anadel Carmen Guerra
6225 Tara Blvd., Lot B-57
Jonesboro, GA 30236

Angel Montezuma
and Maria Morales
6225 Tara Blvd., Lot A-15
Jonesboro, GA 30236

Arturo Vazques
6225 Tara Blvd., Lot A-73
Jonesboro, GA 30236

Audias Escobar
and Margarita Cabellero
6225 Tara Blvd., Lot A-43
Jonesboro, GA 30236


Auto-Owners Insurance Company
6101 Anacapri Blvd
Lansing, MI 48917-3999


Benjamin Bartolo
and Eva Bartolo
6225 Tara Blvd., Lot B-28
Jonesboro, GA 30236


Beronica Flores
and Agapito Aguilar
6225 Tara Blvd., Lot A-41
Jonesboro, GA 30236


Brandon Cuevas
6225 Tara Blvd., Lot A-45
Jonesboro, GA 30236


Brenda Ulloa
Ashley Fernandez/Kevin Zenteno
6225 Tara Blvd., Lot B-48
Jonesboro, GA 30236


Carlos Lopez
and Elva Silva
6225 Tara Blvd., Lot A-55
Jonesboro, GA 30236


Carlos Silva
and Norma Silva
6225 Tara Blvd., Lot B-27
Jonesboro, GA 30236

Carolina Oinelas
and Edgar Barannco
6225 Tara Blvd., Lot B-58
Jonesboro, GA 30236


Catalina Gaytan
and Juvenal Velasco
6225 Tara Blvd., Lot A-26
Jonesboro, GA 30236


Catalina N. Barranco Sevastian
and Jose Gilberto Ramirez
6225 Tara Blvd., Lot B-23
Jonesboro, GA 30236


Clayton Co. Tax Commissioner
121 S. McDonough Street
Second Floor
Jonesboro, GA 30236


Clayton Co. Water Authority
1600 Battle Creek Road
Morrow, GA 30260


Comcast
1701 JFK Blvd.
Philadelphia, PA 19103


Curtis Bunch
6225 Tara Blvd., Lot A-30
Jonesboro, GA 30236


Curtis Holiday
6225 Tara Blvd., Lot B-24
Jonesboro, GA 30236

Dario Aguilar
and Faustino Aguilar
6225 Tara Blvd., Lot A-21
Jonesboro, GA 30236


Diana Vega
and Omar Plateo Gonzalez
6225 Tara Blvd., Lot B-14
Jonesboro, GA 30236


Digna Lopez
and Sergi Ascencio H.
6225 Tara Blvd., Lot B-7
Jonesboro, GA 30236


Doris Rivas
and Dannis Villarreal
6225 Tara Blvd., Lot A-59
Jonesboro, GA 30236


Edgar Alberto
6225 Tara Blvd., Lot A-33
Jonesboro, GA 30236


Edge CCTV Inc.
2470 Windy Hill Road
Suite 300
Marietta, GA 30067


Elmer Adoni Nunez
6225 Tara Blvd., Lot A-63
Jonesboro, GA 30236


Enedina Cruz Gomez
and Gilberto Calvillo Garcia
6225 Tara Blvd., Lot B-19
Jonesboro, GA 30236

Erick Bustostorres
and Ma. Laura Martinez
6225 Tara Blvd., Lot A-61
Jonesboro, GA 30236


Erik Soto
6225 Tara Blvd., Lot A-39
Jonesboro, GA 30236


Ernesto Rodriguez
and Zaida Silva
6225 Tara Blvd., Lot B-43
Jonesboro, GA 30236


Esteban Jesus Barranco M.
and Kisai Tolentino Davalod
6225 Tara Blvd., Lot B-36
Jonesboro, GA 30236


Fabiola Flores
6225 Tara Blvd., Lot A-16
Jonesboro, GA 30236


Fatima Flores
and Juan Nunez
6225 Tara Blvd., Lot A-81
Jonesboro, GA 30236


Fermin Marquez Barranco
and Claudio Munoz
6225 Tara Blvd., Lot B-31
Jonesboro, GA 30236


Francisco Gallegos
and Elezar Gallegos
6225 Tara Blvd., Lot B-51
Jonesboro, GA 30236

```
Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303


Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345


Georgia Power
96 Annex
Atlanta, GA 30396


Georgia Waste Systems
PO Box 42930
Phoenix, AZ 85080


Glendy Y. Mejio Lopez
6225 Tara Blvd., Lot A-51
Jonesboro, GA 30236


Gustavo Olivares
and Adriana Camarena
6225 Tara Blvd., Lot A-67
Jonesboro, GA 30236


Heliodora Silva
and Rorio Perez Alv.
6225 Tara Blvd., Lot B-42
Jonesboro, GA 30236


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
```

```
Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308


Isabel Bobadilla
and Francisco Martinez
6225 Tara Blvd., Lot B-1
Jonesboro, GA 30236


J. Rosario Ramirez
and Martha Ramirez
6225 Tara Blvd., Lot B-17
Jonesboro, GA 30236


Jaime Arbey Duran Duran
and Iris Madrid Ardon
6225 Tara Blvd., Lot B-39
Jonesboro, GA 30236


Janet Martinez
and Fredy Castro Nunez
6225 Tara Blvd., Lot B-44
Jonesboro, GA 30236


Jesus Pacheco Lucas
and Magdalena Barranco Munoz
6225 Tara Blvd., Lot B-56
Jonesboro, GA 30236


Jose D. Sagastume
and Aracely Gamez Orellan
6225 Tara Blvd., Lot A-49
Jonesboro, GA 30236


Jose de la Cruz Hernandez
and Jose Luiz Gomez
6225 Tara Blvd., Lot A-13
Jonesboro, GA 30236
```

Jose Guadalupe Figuera
and Sergio Juarez
6225 Tara Blvd., Lot B-5
Jonesboro, GA 30236


Jose Jaime Mejia Munoz
and Rosa Mir Munoz Hernandez
6225 Tara Blvd., Lot A-19
Jonesboro, GA 30236


Jose Luis Noque Tapia
6225 Tara Blvd., Lot A-83
Jonesboro, GA 30236


Jose Navarro
and Hailey Carr
6225 Tara Blvd., Lot B-4
Jonesboro, GA 30236


Jose Zacarias
and Francisco Silva
6225 Tara Blvd., Lot A-2
Jonesboro, GA 30236


Juan Luis Camacho Hernandez
and Azucena Barranco
6225 Tara Blvd., Lot A-4
Jonesboro, GA 30236


Juan Rodriguez
6225 Tara Blvd., Lot A-77
Jonesboro, GA 30236


Juan Valencia Vega
and Atala Ramirez
6225 Tara Blvd., Lot B-22
Jonesboro, GA 30236

```
Julian Barranco
and Norma Ramirez
6225 Tara Blvd., Lot B-35
Jonesboro, GA 30236


Justin Freeman
6225 Tara Blvd., Lot A-79
Jonesboro, GA 30236


Kari Mercado
and Maximino Ascencio
6225 Tara Blvd., Lot B-37
Jonesboro, GA 30236


Kinsale Insurance Company
2035 Maywill Street
Suite 1100
Richmond, VA 23230


Laura Silva
6225 Tara Blvd., Lot A-57
Jonesboro, GA 30236


Lila Castillo
and Omar Rivera
6225 Tara Blvd., Lot B-6
Jonesboro, GA 30236


Lilian Dominguez
6225 Tara Blvd., Lot B-33
Jonesboro, GA 30236


Lucila Perez Martinez
6225 Tara Blvd., Lot B-53
Jonesboro, GA 30236


Manuel R. Magana
6225 Tara Blvd., Lot B-20
Jonesboro, GA 30236
```

Margarita Duron Watt
and Ricardo Morales Garcia
6225 Tara Blvd., Lot A-71
Jonesboro, GA 30236


Maria C. Casiano
and Arturo Quezada
6225 Tara Blvd., Lot A-28
Jonesboro, GA 30236


Maria Castellon
and Antonio Silva
6225 Tara Blvd., Lot A-11
Jonesboro, GA 30236


Maria Gilder
6225 Tara Blvd., Lot A-47
Jonesboro, GA 30236


Maria L. Oregon
and J. Manuel Santillan
6225 Tara Blvd., Lot A-27
Jonesboro, GA 30236


Maria Lopez Aguilar
6225 Tara Blvd., Lot B-60
Jonesboro, GA 30236


Maria Teresa Garcia Hernandez
and Alejandro Moreno Flores
6225 Tara Blvd., Lot B-18
Jonesboro, GA 30236


Marlene Delgado
Emily Delgado/F. de la Cruz
6225 Tara Blvd., Lot B-50
Jonesboro, GA 30236

Martin Flores Tapia
and Elizabeth Balrazar Torres
6225 Tara Blvd., Lot A-18
Jonesboro, GA 30236


Micaela Puentas
and Melchor Gonzalez
6225 Tara Blvd., Lot B-61
Jonesboro, GA 30236


Michelle Garcia
and Marcos Salas
6225 Tara Blvd., Lot A-23
Jonesboro, GA 30236


Michelle Ramirez
c/o Delcampo Grayson Lopez LLC
5455 Chamblee Dunwoody Road
Atlanta, GA 30338


Mioses Zamudio
and Mariel Santillan
6225 Tara Blvd., Lot B-29
Jonesboro, GA 30236


Nestor Garcia
and Ana Garcia
6225 Tara Blvd., Lot B-11
Jonesboro, GA 30236


Nixia Ponce Santillan
6225 Tara Blvd., Lot B-41
Jonesboro, GA 30236


Oscar Medrano
6225 Tara Blvd., Lot A-53
Jonesboro, GA 30236

```
Pedro Barroso
and Josefa Barroso
6225 Tara Blvd., Lot B-38A
Jonesboro, GA 30236


Ricardo Ledesma Martinez
and Sugey Garcia Navarro
6225 Tara Blvd., Lot B-9
Jonesboro, GA 30236


Rodrigo Barranco Garcia
and Maria Barranco Jarquin
6225 Tara Blvd., Lot A-6
Jonesboro, GA 30236


Rolando Santiago Reyes
and Teresa Vargas Platas
6225 Tara Blvd., Lot B-45
Jonesboro, GA 30236


Rosalba Alvarado Roman
and Felix Arroya Adan
6225 Tara Blvd., Lot A-25
Jonesboro, GA 30236


Rosalba Delgado
and Pedro Ortega
6225 Tara Blvd., Lot B-59
Jonesboro, GA 30236


Sabino Figueroa
6225 Tara Blvd., Lot B-52
Jonesboro, GA 30236


Sandra Diaz
and Celia Almaraz
6225 Tara Blvd., Lot B-38
Jonesboro, GA 30236
```

```
Sergio Ariel Ramirez
and Geber Horacio Ramirez
6225 Tara Blvd., Lot B-25
Jonesboro, GA 30236


Silvia Castillo
and Javier Icaza
6225 Tara Blvd., Lot B-13
Jonesboro, GA 30236


Stefany Lucion Reyes
Elieser Gamaniel Ramos Lopez
6225 Tara Blvd., Lot B-12
Jonesboro, GA 30236


Straight Talk
9700 NW 112th Ave.
Miami, FL 33178


Teodora Vail Lopez
6225 Tara Blvd., Lot A-17
Jonesboro, GA 30236


Victor Manuel Vazques
6225 Tara Blvd., Lot A-75
Jonesboro, GA 30236


Walter Butron
and Flor Butron
6225 Tara Blvd., Lot B-2
Jonesboro, GA 30236


Yadira Guzman
and Elena Cruz Gutierrez
6225 Tara Blvd., Lot A-8
Jonesboro, GA 30236
```