**Fill in this information to identify the case:**

Debtor name **Avalon Mobile Home Park Partnership LLLP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) 23-60521

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November  3, 2023**          X */s/ Kathryn C. Taylor*
                                            Signature of individual signing on behalf of debtor

                                            **Kathryn C. Taylor**
                                            Printed name

                                            **General Partner**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Avalon Mobile Home Park Partnership LLLP**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **23-60521**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $   **2,279,300.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $   **544,985.75**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $   **2,824,285.75**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $   **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$   **24,840,055.27**

4.   Total liabilities .................................................................................................................
   Lines 2 + 3a + 3b                                                                          $   **24,840,055.27**

**Fill in this information to identify the case:**

Debtor name    **Avalon Mobile Home Park Partnership LLLP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-60521**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Truist** | **Checking Account** | **7327** | **$440,720.08** |
| 3.2. | **Truist** | **Checking Account** | **0080** | **$101,581.67** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $542,301.75 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number *(If known)* **23-60521** |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 2,309.00 | - | 0.00 | = .... | $2,309.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $2,309.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desk, 2 Chairs, Filing Cabinet** | $175.00 | | $175.00 |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** | | $175.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** |
|---|---|

■ No
☐ Yes

| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** |
|---|---|

■ No

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number *(If known)* **23-60521** |
|---|---|---|
| | Name | |

☐ Yes

Part 8: **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| John Deere Lawnmower - 20 Years Old | $200.00 | | $200.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $200.00 |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 9: **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **6225 Tara Blvd.,<br>Jonesboro, GA -<br>Parcel ID #<br>13116DA003** | **100%<br>Ownership** | $2,279,300.00 | Property Tax Asm | $2,279,300.00 |

Debtor  **Avalon Mobile Home Park Partnership LLLP**        Case number *(If known)*  **23-60521**
 _____
 Name

**56.** **Total of Part 9.**

| | $2,279,300.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** **Patents, Copyrights, Trademarks, Trade Names and Trade Secrets** | Unknown | | Unknown |
| **61.** **Internet domain names and websites** **Internet Domain Names and Websites** | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties** **Licenses, Franchises and Royalties** | Unknown | | Unknown |
| **63.** **Customer lists, mailing lists, or other compilations** **Customer Lists, Mailing Lists and Other Compilations** | Unknown | | Unknown |
| **64.** **Other intangibles, or intellectual property** **Other Intangibles or Intellectual Property** | Unknown | | Unknown |
| **65.** **Goodwill** **Goodwill** | Unknown | | Unknown |

**66.** **Total of Part 10.**

| | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number *(If known)* | **23-60521** |
|--------|---------------------------------------------|--------------------------|--------------|
| | Name | | |

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential bad faith denied claim against Auto-Owners Insurance Company** | **Unknown** |
| Nature of claim    **Potential claim for failure to settle** | |
| Amount requested    **$24,825,613.84** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Avalon Mobile Home Park Partnership LLLP**                    Case number *(If known)* **23-60521**
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $542,301.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,309.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $175.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $200.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $2,279,300.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $544,985.75 | + 91b. $2,279,300.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,824,285.75 |

**Fill in this information to identify the case:**

Debtor name  **Avalon Mobile Home Park Partnership LLLP**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **23-60521**

☐ Check if this is an
  amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Avalon Mobile Home Park Partnership LLLP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-60521**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Clayton Co. Tax Commissioner**<br>**121 S. McDonough Street**<br>**Second Floor**<br>**Jonesboro, GA 30236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Georgia Department of Labor**<br>**148 Andrew Young Int'l Blvd.**<br>**Suite 826**<br>**Atlanta, GA 30303** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Avalon Mobile Home Park Partnership LLLP | Case number (if known) | 23-60521 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Georgia Department of Revenue**
**1800 Century Blvd, NE**
**Suite 9100**
**Atlanta, GA 30345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Internal Revenue Service**
**401 W. Peachtree St., NW**
**Stop 334-D**
**Atlanta, GA 30308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**Alanis Beauchamp**
**and Diego Ledezma Garcia**
**6225 Tara Blvd., Lot A-65**
**Jonesboro, GA 30236**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim:  **Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**Alberto Martinez**
**6225 Tara Blvd., Lot B-32**
**Jonesboro, GA 30236**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _

Basis for the claim:  **Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alejandro Ramirez Guzman
and Ashanti Q. Molina
6225 Tara Blvd., Lot B-3
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alfredo Parra
and Adela Aguina Hernandez
6225 Tara Blvd., Lot B-40
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ana Sarahi Aviles Ibarra
and Gregorio Ramirez Velazques
6225 Tara Blvd., Lot A-10
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Anadel Carmen Guerra
6225 Tara Blvd., Lot B-57
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Angel Montezuma
and Maria Morales
6225 Tara Blvd., Lot A-15
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arturo Vazques
6225 Tara Blvd., Lot A-73
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Audias Escobar
and Margarita Cabellero
6225 Tara Blvd., Lot A-43
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

**3.10** Nonpriority creditor's name and mailing address

**Auto-Owners Insurance Company**
**6101 Anacapri Blvd**
**Lansing, MI 48917-3999**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**Benjamin Bartolo**
**and Eva Bartolo**
**6225 Tara Blvd., Lot B-28**
**Jonesboro, GA 30236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Beronica Flores**
**and Agapito Aguilar**
**6225 Tara Blvd., Lot A-41**
**Jonesboro, GA 30236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

**Brandon Cuevas**
**6225 Tara Blvd., Lot A-45**
**Jonesboro, GA 30236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**Brenda Ulloa**
**Ashley Fernandez/Kevin Zenteno**
**6225 Tara Blvd., Lot B-48**
**Jonesboro, GA 30236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Carlos Lopez**
**and Elva Silva**
**6225 Tara Blvd., Lot A-55**
**Jonesboro, GA 30236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Carlos Silva**
**and Norma Silva**
**6225 Tara Blvd., Lot B-27**
**Jonesboro, GA 30236**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Carolina Oinelas
and Edgar Barannco
6225 Tara Blvd., Lot B-58
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Catalina Gaytan
and Juvenal Velasco
6225 Tara Blvd., Lot A-26
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Catalina N. Barranco Sevastian
and Jose Gilberto Ramirez
6225 Tara Blvd., Lot B-23
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |

**Clayton Co. Water Authority
1600 Battle Creek Road
Morrow, GA 30260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.55 |

**Comcast
1701 JFK Blvd.
Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Curtis Bunch
6225 Tara Blvd., Lot A-30
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Curtis Holiday
6225 Tara Blvd., Lot B-24
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Dario Aguilar**
**and Faustino Aguilar**
**6225 Tara Blvd., Lot A-21**
**Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

**Diana Vega**
**and Omar Plateo Gonzalez**
**6225 Tara Blvd., Lot B-14**
**Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

**Digna Lopez**
**and Sergi Ascencio H.**
**6225 Tara Blvd., Lot B-7**
**Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

**Doris Rivas**
**and Dannis Villarreal**
**6225 Tara Blvd., Lot A-59**
**Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

**Edgar Alberto**
**6225 Tara Blvd., Lot A-33**
**Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address

**Edge CCTV Inc.**
**2470 Windy Hill Road**
**Suite 300**
**Marietta, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$8,043.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

**Elmer Adoni Nunez**
**6225 Tara Blvd., Lot A-63**
**Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Enedina Cruz Gomez
and Gilberto Calvillo Garcia
6225 Tara Blvd., Lot B-19
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erick Bustostorres
and Ma. Laura Martinez
6225 Tara Blvd., Lot A-61
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erik Soto
6225 Tara Blvd., Lot A-39
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ernesto Rodriguez
and Zaida Silva
6225 Tara Blvd., Lot B-43
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Esteban Jesus Barranco M.
and Kisai Tolentino Davalod
6225 Tara Blvd., Lot B-36
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fabiola Flores
6225 Tara Blvd., Lot A-16
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fatima Flores
and Juan Nunez
6225 Tara Blvd., Lot A-81
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fermin Marquez Barranco
and Claudio Munoz
6225 Tara Blvd., Lot B-31
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Tenant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Francisco Gallegos
and Elezar Gallegos
6225 Tara Blvd., Lot B-51
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Tenant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Georgia Power
96 Annex
Atlanta, GA 30396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Georgia Waste Systems
PO Box 42930
Phoenix, AZ 85080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glendy Y. Mejio Lopez
6225 Tara Blvd., Lot A-51
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Tenant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gustavo Olivares
and Adriana Camarena
6225 Tara Blvd., Lot A-67
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Tenant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heliodora Silva
and Rorio Perez Alv.
6225 Tara Blvd., Lot B-42
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Tenant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Isabel Bobadilla
and Francisco Martinez
6225 Tara Blvd., Lot B-1
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**J. Rosario Ramirez
and Martha Ramirez
6225 Tara Blvd., Lot B-17
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jaime Arbey Duran Duran
and Iris Madrid Ardon
6225 Tara Blvd., Lot B-39
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Janet Martinez
and Fredy Castro Nunez
6225 Tara Blvd., Lot B-44
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesus Pacheco Lucas
and Magdalena Barranco Munoz
6225 Tara Blvd., Lot B-56
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose D. Sagastume
and Aracely Gamez Orellan
6225 Tara Blvd., Lot A-49
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jose de la Cruz Hernandez
and Jose Luiz Gomez
6225 Tara Blvd., Lot A-13
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Guadalupe Figuera
and Sergio Juarez
6225 Tara Blvd., Lot B-5
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Jaime Mejia Munoz
and Rosa Mir Munoz Hernandez
6225 Tara Blvd., Lot A-19
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Luis Noque Tapia
6225 Tara Blvd., Lot A-83
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Navarro
and Hailey Carr
6225 Tara Blvd., Lot B-4
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Zacarias
and Francisco Silva
6225 Tara Blvd., Lot A-2
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Luis Camacho Hernandez
and Azucena Barranco
6225 Tara Blvd., Lot A-4
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Rodriguez
6225 Tara Blvd., Lot A-77
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number *(if known)* | **23-60521** |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Valencia Vega
and Atala Ramirez
6225 Tara Blvd., Lot B-22
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Julian Barranco
and Norma Ramirez
6225 Tara Blvd., Lot B-35
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Justin Freeman
6225 Tara Blvd., Lot A-79
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kari Mercado
and Maximino Ascencio
6225 Tara Blvd., Lot B-37
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kinsale Insurance Company
2035 Maywill Street
Suite 1100
Richmond, VA 23230**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Laura Silva
6225 Tara Blvd., Lot A-57
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lila Castillo
and Omar Rivera
6225 Tara Blvd., Lot B-6
Jonesboro, GA 30236**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Avalon Mobile Home Park Partnership LLLP | Case number (if known) | 23-60521 |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lilian Dominguez
6225 Tara Blvd., Lot B-33
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lucila Perez Martinez
6225 Tara Blvd., Lot B-53
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Manuel R. Magana
6225 Tara Blvd., Lot B-20
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Margarita Duron Watt
and Ricardo Morales Garcia
6225 Tara Blvd., Lot A-71
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Maria C. Casiano
and Arturo Quezada
6225 Tara Blvd., Lot A-28
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Maria Castellon
and Antonio Silva
6225 Tara Blvd., Lot A-11
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Maria Gilder
6225 Tara Blvd., Lot A-47
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Tenant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria L. Oregon
and J. Manuel Santillan
6225 Tara Blvd., Lot A-27
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Lopez Aguilar
6225 Tara Blvd., Lot B-60
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maria Teresa Garcia Hernandez
and Alejandro Moreno Flores
6225 Tara Blvd., Lot B-18
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marlene Delgado
Emily Delgado/F. de la Cruz
6225 Tara Blvd., Lot B-50
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Martin Flores Tapia
and Elizabeth Balrazar Torres
6225 Tara Blvd., Lot A-18
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Micaela Puentas
and Melchor Gonzalez
6225 Tara Blvd., Lot B-61
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Garcia
and Marcos Salas
6225 Tara Blvd., Lot A-23
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Tenant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (if known) | **23-60521** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,825,613.84** |
|---|---|---|---|

**Michelle Ramirez**
c/o Delcampo Grayson Lopez LLC
5455 Chamblee Dunwoody Road
Atlanta, GA 30338

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Judgment_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mioses Zamudio**
**and Mariel Santillan**
6225 Tara Blvd., Lot B-29
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Tenant_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nestor Garcia**
**and Ana Garcia**
6225 Tara Blvd., Lot B-11
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Tenant_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nixia Ponce Santillan**
6225 Tara Blvd., Lot B-41
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Tenant_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Oscar Medrano**
6225 Tara Blvd., Lot A-53
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Tenant_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pedro Barroso**
**and Josefa Barroso**
6225 Tara Blvd., Lot B-38A
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Tenant_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ricardo Ledesma Martinez**
**and Sugey Garcia Navarro**
6225 Tara Blvd., Lot B-9
Jonesboro, GA 30236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _Tenant_**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Avalon Mobile Home Park Partnership LLLP**                    Case number (if known)    **23-60521**
_____
Name

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rodrigo Barranco Garcia
and Maria Barranco Jarquin
6225 Tara Blvd., Lot A-6
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Tenant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rolando Santiago Reyes
and Teresa Vargas Platas
6225 Tara Blvd., Lot B-45
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Tenant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rosalba Alvarado Roman
and Felix Arroya Adan
6225 Tara Blvd., Lot A-25
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Tenant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rosalba Delgado
and Pedro Ortega
6225 Tara Blvd., Lot B-59
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Tenant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sabino Figueroa
6225 Tara Blvd., Lot B-52
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Tenant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sandra Diaz
and Celia Almaraz
6225 Tara Blvd., Lot B-38
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Tenant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sergio Ariel Ramirez
and Geber Horacio Ramirez
6225 Tara Blvd., Lot B-25
Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Tenant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Avalon Mobile Home Park Partnership LLLP | Case number (if known) | 23-60521 |
|---|---|---|---|
| | Name | | |

**3.94**

Nonpriority creditor's name and mailing address

Silvia Castillo
and Javier Icaza
6225 Tara Blvd., Lot B-13
Jonesboro, GA 30236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

**3.95**

Nonpriority creditor's name and mailing address

Stefany Lucion Reyes
Elieser Gamaniel Ramos Lopez
6225 Tara Blvd., Lot B-12
Jonesboro, GA 30236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

**3.96**

Nonpriority creditor's name and mailing address

Straight Talk
9700 NW 112th Ave.
Miami, FL 33178

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $16.79

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility Service__

Is the claim subject to offset? ■ No ☐ Yes

**3.97**

Nonpriority creditor's name and mailing address

Teodora Vail Lopez
6225 Tara Blvd., Lot A-17
Jonesboro, GA 30236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

**3.98**

Nonpriority creditor's name and mailing address

Victor Manuel Vazques
6225 Tara Blvd., Lot A-75
Jonesboro, GA 30236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

**3.99**

Nonpriority creditor's name and mailing address

Walter Butron
and Flor Butron
6225 Tara Blvd., Lot B-2
Jonesboro, GA 30236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

**3.100**

Nonpriority creditor's name and mailing address

Yadira Guzman
and Elena Cruz Gutierrez
6225 Tara Blvd., Lot A-8
Jonesboro, GA 30236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tenant__

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number (*if known*) | **23-60521** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + $ | 24,840,055.27 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 24,840,055.27 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Avalon Mobile Home Park Partnership LLLP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-60521**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Insurance**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auto-Owners Insurance Company**<br>**6101 Anacapri Blvd**<br>**Lansing, MI 48917-3999** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Utility Service**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Comcast**<br>**1701 JFK Blvd.**<br>**Philadelphia, PA 19103** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Waste Management**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Georgia Waste Systems**<br>**PO Box 42930**<br>**Phoenix, AZ 85080** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Insurance**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Kinsale Insurance Company**<br>**2035 Maywill Street**<br>**Suite 1100**<br>**Richmond, VA 23230** |

Debtor 1    **Avalon Mobile Home Park Partnership LLLP**                                    Case number (*if known*)    **23-60521**
  First Name              Middle Name              Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached List of Tenants** |

# Avalon Mobile Home Park

## Tenant List 2023 A section

A2-Jose Zacarias  678-847-7110   silvafrancisca8989@gmail.com
    Francisc Silva
A4-Juan Luis Camacho Hernanadez   404-781-4513   kamaxo_91@hotmail.com
    Azucena Barranco
A6-Rodrigo Barranco Garciia  mariajarquin1489@gmail.com
    Maria Barranco Jarquin
A8-Yadira Guzman 404-839-9566   yadirahilerio2021@gmail.com
    Elena Cruz Gutierrez
A10-Ana Sarahi Aviles Ibarra  484-550-2398  sarii0627@gmail.com
    Gregorio Ramirez Velazques
A11-Maria Castellon  678-973-7288  antoniosilvas1101988@gmail.com
    Antonio Silva
A13-Jose De la Cruz Hernandez  678-670-0843  jg8462850@gmail.com
    Jose Luiz Gomez
A15-Angel Moctezuma  205-434-6309  angelmoctezuma05@gmail.com
    Maria Morales
A16-Fabiola Flores  678-382-2184  fabiolaflores347@gmail.com
A17-Teodora Vail Lopez  678-748-7796  lopeztheo092@gmail.com
A18-Martin Flores Tapia  770-899-3727  elizabeth.baltazar5@gmail.com
    Elizabeth Baltazar Torres
A19-Jose Jaime Mejia Munoz  770-728-3966  rosamonoz750@gmail.com
    Rosa Mir Munoz Hernandez
A21-Dario Aguilar  404-461-6149  angilar.dario123@gmail.com
    Faustino Aguilar
A23-Michelle Garcia  678-933-1334  marcosssalasss@gmail.com
    Marcos salas
A25-Rosalba Alvarado Roman  404-552-2638
    Felix Arroya Adan
A26-Catalina Gaytan  404-956-6003
    ZJuvenal Velasco
A27-Maria L. Oregon 404-461-6994
    J. Manuel Santillan
A28-Maria C. Casiano  678-651-8172
    Arturo Quezada
A30-Curtis Bunch  404-438-4933
A33- Edgar Alberto 470-776-8541
A39-Erik Soto  678-557-0430
A41-Beronica Flores  678-437-4097
    Agapito Aguilar
A43-Audias Escobar  678-551-1159
    Margarita Cabellero

A45-Brandon Cuevas  470-455-5317

A47-Maria Gilder  770-885-7769

A49-Jose D. Sagastume  678-887-7844
    Aracely Gamez Orellan
A51-Glendy Y. Mejio Lopez  470-907-1157
A53- Oscar Medrano
A55-Carlos Lopez  678-719-1144
    Elva Silva
A57-Laura Silva 470-749-5765
A59-Doris Rivas 678-534-9725
    Dannis Villarreal
A61-Erick Bustostorres  478-772-7020
    Ma. Laura Martinez
A63-Elmer Adoni Nunez  678-760-8234
A65-Alanis Beauchamp  470-437-1773
    Diego Ledezma Garcia
A67-Gustavo Olivares
    Adriana Camarena
A71-Margarita Duron Watt  404-748-5382
    Ricardo Morales Garcia
A73- Arturo Vazques G  404-453-7135
A75-Victor Manuel Vazques  470-420-1314
A77-Juan Rodriguez  404-453-5929
A79- Justin Freeman 678-851-1628
A81-Fatima Flores 470-274-1152
    Juan Nunez
A83-Jose Luis Noque Tapia  404-573-3369

Avalon Mobile Home Park

Tenant List 2023 B Section

B1-Isabel Bobadilla  404-964-8943
   Francisco Martinez
B2-Walter Butron  678-600-3678
   Flor Butron
B3-Alejandro Ramirez Guzman  770-873-5513
    Ashanti Q. Molina
B4-Jose Navarro  470-483-2502
    Hailey Carr
B5-Jose Guadalupe Fguera  404-396-3293
    Sergio Juarez
B6-Lila Castillo  404-454-3985
   Omar Rivera
B7-Digna Lopez  678-709-6203
    Sergi Ascencio H.
B9-Ricardo Ledesma Martinez  678-702-2147
   Sugey Garcia Navarro
B11-Nestor Garcia  404-287-8706
    Ana Garcia
B12-Stefany Lucion Reyes  470-213-3566
    Elieser Gamaniel Ramos Lopez
B13-Silvia Castillo  404-839-9033
    Javier Icaza
B14-Diana Vega  334-739-3381
    Omar Plateo Gonzalez
B17-J. Rosario Ramirez  404-960-2178
    Martha Ramirez
B18-Maria Teresa Garcia Hernandez  678-830-4351
    Alejandro Moreno Flores
B19-Enedina Cruz Gomez  678-789-4994
    Gilberto Calvillo Garcia
B20- Manuel R. Magana  678-933-7877
B22-Juan Valencia Vega  678-895-7157
    Atala Ramirez
B23-Catalina N. Barranco Sevastian  484-821-6058
    Jose Gilberto Ramirez
B24- Curtis Holiday  404-503-7367
B25-Sergio Ariel Ramirez  404-512-4936

Geber Horacio Ramirez
B27-Carlos Silva  678-833-5411
    Norma Silva
B28-Benjamin Bartolo  678-608-7179
    Eva Bartolo
B29-Mioses Zamudio  678-663-3560
    Mariel Santillan
B31-Fermin Marquez Barranco  404-783-4551
    Claudia Munoz
B32-Alberto Martinez  404-316-3893
B33-Lilian Dominguez  678-687-1550
B35-Julian Barranco  404-916-2505
    Norma Ramirez
B36-Esteban Jesus Barranco M. 704-524-9747
    Kisai Tolentino Davalod.
B37-Kari Mercado  209-981-8291
    Maximino Ascencio
B38-Sandra Diaz  678-876-7212
    Celia Almaraz
B38A- Pedro Barroso  678-847-7600
    Josefa Barroso
B39-Jaime Arbey Duran Duran  678-651-3741
    Iris Madrid Ardon
B40-Alfrdo Parra  770-895-3535
    Adela Aguina Hernandez
B41-Nixia Ponce Santillan  404-924-5283
B42-Heliodora Silva  678-548-9317
    Rorio Perez Alv.
B43-Ernesto Rodriguez  404-337-4460
    Zaida Silva
B44-Janet Martinez  404-901-6251
    Fredy Castro Nunez
B45-Rolando Santiago Reyes  678-595-4678
    Teresa Vargas Platas
B48-Brenda Ulloa  678-799-0807
    Ashlye Fernandez
     Kevin Zenteno
B50-Marlene Delgado  973-689-4004
    Emily Delgado
    Faustino De La Cruz

B51-Francisco Gallegos  404-880-2193

    Elezar Gallegos

B52-Sabino Figueroa  678-362-0278

B53-Lucila Perez Martinez

B56-Jesus Pacheco Lucas  404-287-4386

    Magdalena Barranco Munoz

B57- Anadel Carmen Guerra  404-914-8524

B58-Carolina Oinelas  404-599-3981

    Edgar Barannco

B59-Rosalba Delgado  973-870-1521

    Pedro Ortega

B60-Maria Lopez Aguilar  678-481-0532

B61-Micaela Puentas  404-426-9698

    Melchor Gonzalez

**Fill in this information to identify the case:**

Debtor name **Avalon Mobile Home Park Partnership LLLP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **23-60521**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Avalon Mobile Home Park Partnership LLLP**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **23-60521**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $427,933.37 |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $380,212.03 |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $400,562.87 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Avalon Mobile Home Park Partnership LLLP** | Case number *(if known)* **23-60521** |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Michelle Ramirez, Individually and as Administrator of the Estate of Israel Ramirez**<br><br>**v.**<br><br>**Avalon Mobile Home Park Parternship, LLLP, John Does 1-5**<br>**2019CV01932** | Civil | **State Court of Clayton County**<br>**9151 Tara Blvd.**<br>**Jonesboro, GA 30236** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | Avalon Mobile Home Park Partnership LLLP | Case number *(if known)* | 23-60521 |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Scroggins & Williamson, PC<br>4401 Northside Pkwy.<br>Suite 450<br>Atlanta, GA 30327 | Pre-petition fees and filing fee - $10,440.50<br><br>Retainer - $31,297.50 | 10/18/23 | $41,738.00 |
|  | Email or website address<br>www.swlawfirm.com |  |  |  |
|  | Who made the payment, if not debtor? |  |  |  |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Debtor | Avalon Mobile Home Park Partnership LLLP | Case number (if known)  23-60521 |
|---|---|---|

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Avalon Mobile Home Park Partnership LLLP**                    Case number *(if known)*  **23-60521**

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | | Date of service From-To |
|---|---|---|

---

Debtor    **Avalon Mobile Home Park Partnership LLLP**    Case number *(if known)* **23-60521**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|
| |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kathryn Taylor**<br>**231 Yam Gandy Road**<br>**Savannah, GA 31411** | **$14,247.00**<br><br>**$2,500.00** | **January - September 2023**<br><br>**October 2023** | **Bookkeeping**<br><br>**Partial Profit Distribution** |
| | **Relationship to debtor**<br>**General Partner** | | | |

Debtor  **Avalon Mobile Home Park Partnership LLLP**    Case number *(if known)*  **23-60521**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Michael Tucker Moore**<br>**481 Harvard Ln.**<br>**Boulder, CO 80305** | **$12,500.00** | | **Partial Profit Distribution** |
| | **Relationship to debtor**<br>**Limited Partner** | | | |
| 30.3. | **Joshua C. Moore**<br>**6519 Alexander Drive**<br>**Chapel Hill, NC 27514** | **$12,500.00** | | **Partial Profit Distribution** |
| | **Relationship to debtor**<br>**Limited Partner** | | | |
| 30.4. | **Sallie Childers**<br>**808 Veronica Court**<br>**Indian Harbour Beach, FL 32937** | **$25,000.00** | | **Partial Profit Distribution** |
| | **Relationship to debtor** | | | |
| 30.5. | **Elizabeth Adams**<br>**807 Cardova Drive**<br>**Atlanta, GA 30324** | **$6,250.00** | | **Partial Profit Distribution** |
| | **Relationship to debtor**<br>**Limited Partner** | | | |
| 30.6. | **Catherine Adams**<br>**732 24th Ave.**<br>**San Francisco, CA 94121** | **$6,250.00** | | **Partial Profit Distribution** |
| | **Relationship to debtor**<br>**Limited Partner** | | | |
| 30.7. | **Gloria Adams**<br>**13 South Point Drive**<br>**Saint Simons Island, GA 31522** | **$12,500.00** | | **Partial Profit Distribution** |
| | **Relationship to debtor**<br>**Limited Partner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Avalon Mobile Home Park Partnership LLLP**    Case number *(if known)*  **23-60521**

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Avalon Mobile Home Park Partnership LLLP**                    Case number *(if known)*  **23-60521**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  3, 2023**

**/s/ Kathryn C. Taylor**                                 **Kathryn C. Taylor**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **General Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re __Avalon Mobile Home Park Partnership LLLP__      Case No. __23-60521__

                                         Debtor(s)      Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept as a retainer | $ | 31,297.50 |
| Prior to the filing of this statement I have received as a retainer | $ | 31,297.50 |
| Balance Due | $ | 0.00 |

2. $__1,738.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Allowed fees and expenses which exceed the retainer**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__11/3/2023__
*Date*

                **/s/ J. Robert Williamson**
                **J. Robert Williamson 765214**
                *Signature of Attorney*
                **Scroggins & Williamson, P.C.**
                **4401 Northside Parkway**
                **Suite 450**
                **Atlanta, GA 30327**
                **404-893-3880  Fax: 404-893-3886**
                **rwilliamson@swlawfirm.com**
                *Name of law firm*

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Avalon Mobile Home Park Partnership LLLP**            Case No.   **23-60521**

Debtor(s)                          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Catherine D. Adams**<br>**732 24th Ave.**<br>**San Francisco, CA 94121** | | **8.33%** | **Partnership** |
| **Elizabeth Adams**<br>**807 Cardova Drive**<br>**Atlanta, GA 30324** | | **8.33%** | **Partnership** |
| **Gloria Adams**<br>**13 South Point Drive**<br>**Saint Simons Island, GA 31522** | | **16.67%** | **Partnership** |
| **Joshua C. Moore**<br>**6519 Alexander Drive**<br>**Chapel Hill, NC 27514** | | **16.67%** | **Partnership** |
| **Kathryn Taylor**<br>**231 Yam Gandy Road**<br>**Savannah, GA 31411** | | **33%** | **Partnership** |
| **Michael Tucker Moore**<br>**481 Harvard Lane**<br>**Boulder, CO 80305** | | **16.67%** | **Partnership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **General Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November  3, 2023**                Signature   **/s/ Kathryn C. Taylor**

**Kathryn C. Taylor**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Northern District of Georgia

In re    **Avalon Mobile Home Park Partnership LLLP**

Debtor(s)

Case No.    **23-60521**

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Avalon Mobile Home Park Partnership LLLP**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  3, 2023**

Date

/s/ **J. Robert Williamson**

**J. Robert Williamson 765214**

Signature of Attorney or Litigant

Counsel for   **Avalon Mobile Home Park Partnership LLLP**

**Scroggins & Williamson, P.C.**

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
**404-893-3880 Fax:404-893-3886**
**rwilliamson@swlawfirm.com**