IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AVALON MOBILE HOME PARK PARTNERSHIP, LLLP, | ) ) ) | CASE NO. 23-60521-bem |
| Debtor. | | |

## APPLICATION OF THE DEBTOR FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 327(e) AUTHORIZING EMPLOYMENT AND RETENTION OF THE BURCH FIRM, LLC

The above-captioned debtor and debtor in possession (the "**Debtor**"), by and through its undersigned attorneys, hereby files this application (the "**Application**") for the entry of an order authorizing the Debtor to employ and retain The Burch Firm, LLC ("**TBF**") as special counsel, effective as of the commencement of this chapter 11 case (the "**Bankruptcy Case**"). In support of this Application, the Debtor relies on the Declaration of Carolyn Cain Burch (the "**Burch Declaration**") a copy of which is attached hereto as "**Exhibit A**." In further support of this Application, the Debtor respectfully states as follows:

1.

On October 25, 2023, (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtor is authorized to operate its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of the Debtor's Chapter 11 case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.

The Debtor owns and operates a mobile home park in Jonesboro, Geogia, in which it leases lots to individual tenants who own their own mobile homes. As of the Petition Date, the Debtor leased approximately 85 such lots.

4.

By this Application, the Debtor requests authorization to employ TBF as special counsel to the Debtor in connection with an appeal of a large judgment against the Debtor in State Court of Clayton County, Georgia in the case of *Ramirez, et al..v. Avalon Mobile Home Park Partnership, LLLP*, Civil Action File No. 2019CV01932. The Debtor had earlier retained TBF for this matter shortly before the Petition Date.

5.

The Debtor wishes to employ TBF as special counsel to continue to assist them with the foregoing matters and issues relating thereto with the scope of TBF's retention being limited to the foregoing and reasonably related matters as requested by the Debtor, but not including conducting the Chapter 11 case or otherwise duplicating the work of the Debtor's general bankruptcy counsel.

6.

Attorneys in the Firm are admitted to practice in the state of Georgia, are familiar with the Debtor's legal, business and operational problems, have extensive knowledge and experience in appellate work, and are well qualified to represent the Debtor.

8.

To the best of Debtor's knowledge, except as otherwise disclosed in the Burch Declaration: (a) TBF represents no interests adverse to Debtor in the matters upon which the firm is to be engaged; and (b) TBF has had no connection with the Debtor, its creditors or any party in interest, or its respective attorneys and accountants, except that the firm has served as the Debtor's counsel just prior to the Petition Date. TBF's appointment as special counsel will be in the best interest of the Debtor and the Debtor's estate.

9.

Debtor desires to employ TBF at its normal hourly rates for comparable work, plus reimbursement of reasonable expenses, subject to review by the Court. TBF professionals and paraprofessionals who will be working on this engagement have present rates of $400.00 per hour for attorneys and $95.00 for paralegals.

10.

Attached hereto and incorporated herein by reference is theBurch Declaration offered in support of this Application.

WHEREFORE, Debtor prays that it be authorized to employ each of the TBF, *nunc pro tunc* to the Petition Date, as special counsel for the matters described herein.

This 3rd day of November, 2023.

        Respectfully submitted,

        SCROGGINS & WILLIAMSON, P.C.

        /s/ J. Hayden Kepner, Jr.
        J. ROBERT WILLIAMSON
        Georgia Bar No. 765214
        J. HAYDEN KEPNER, JR.
        Georgia Bar No. 416616
        4401 Northside Parkway
        Suite 450
        Atlanta, GA  30327
        T:   (404) 893-3880
        F:   (404) 893-3886
        E:   rwilliamson@swlawfirm.com
             hkepner@swlawfirm.com

        *Counsel for the Debtor*

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| AVALON MOBILE HOME PARK PARTNERSHIP, LLLP, | ) ) ) | CASE NO. 23-60521-bem |
| Debtor. | ) | |

### DECLARATION OF CAROLYN "TIPPI" CAIN BURCH

I, Carolyn "Tippi" Cain Burch, declare under penalty of perjury as follows:

1.

I am a principal of the law firm of The Burch Firm, LLC (the "**Firm**"), and in that capacity I have personal knowledge of, and authority to speak on behalf of, the Firm with respect to the matters set out herein. This Declaration is offered in support of the Application of the Debtor in the above-styled case to employ the Firm as special counsel to the Debtor (the "**Application**"), and the matters set out herein are true and correct to the best of my knowledge, information and belief.

2.

Neither the Firm nor I have or represent any interest adverse to the Debtor or its estate. Further, except as set forth herein or in the Application, neither the Firm nor I have had any connections with the Debtor, its creditors, any other party in interest or its respective attorneys or accountants in connection with this Chapter 11 case.

3.

The Firm will bill the Debtor for services rendered at the Firm's normal and customary rates, which is generally as follows: Attorneys $ 400 per hour; and paralegals $95 per hour. Rates for individual attorneys and paralegals may vary depending on practice location and experience. Rates are subject to change from time to time in the ordinary course of the Firm's rate adjustment process.

4.

Within ninety days of the Petition Date, the Firm was paid approximately $3500 for services rendered to the Debtor. The Firm has not received any payments from the Debtor for such services or for anything else since the Petition Date. My understanding is that the Debtor is seeking approval of the Firm's retention *nunc pro tunc* to the Petition Date.

5.

To the best of my knowledge, the Firm has no principals, associates or other professional employees who are related to any Judge of the United States Bankruptcy Court for the Northern District of Georgia.

6.

Neither the Firm nor I have agreed to share any compensation or reimbursement received in connection with this engagement with any other person, except to the extent their services have been earned.

7.

I am duly admitted to practice law in the State of Georgia.

8.

I believe that employment of the Firm as special counsel for the Debtor would be appropriate under 11 U.S.C. Section 327(e) and Bankruptcy Rules 2014.

This 2nd day of November, 2023.

CAROLYN "TIPPI" CAIN BURCH

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. Sections 152 and 3571.

Page 3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing **APPLICATION** by depositing same in the United States Mail in an envelope with adequate postage affixed thereto to assure delivery addressed as follows:

OFFICE OF THE UNITED STATES TRUSTEE<br>
362 Richard Russell Federal Building<br>
75 Ted Turner Drive, SW<br>
Atlanta, Georgia 30303

This 3rd day of November, 2023.

Respectfully submitted,

SCROGGINS & WILLIAMSON, P.C.

/s/ J. Hayden Kepner, Jr.
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
J. HAYDEN KEPNER, JR.
Georgia Bar No. 416616
4401 Northside Parkway
Suite 450
Atlanta, GA  30327
T:   (404) 893-3880
F:   (404) 893-3886
E:   rwilliamson@swlawfirm.com
     hkepner@swlawfirm.com

*Counsel for the Debtor*